+1IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HEALTHBRIDGE FINANCIAL, INC. and GREGORY VANDENBOSCH <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL MALVEN <br><br> Defendant. | CASE NO. 1:26-cv-345 <br><br> HON. ROBERT J. JONKER |

**AGREED MOTION TO STAY CASE PENDING SETTLEMENT DISCUSSIONS**

Plaintiffs HealthBridge Financial, Inc. ("HealthBridge") and Gregory VandenBosch ("VandenBosch") and Defendant Daniel Malven ("Malven") (collectively the "Parties") respectfully request that the Court stay all deadlines and proceedings in this matter in order to provide time for the Parties to resolve this case through negotiation.

The Parties have been simultaneously engaged in both case preparation and discussions regarding the possibility of a settlement of all disputes in this matter. The Parties are currently scheduled to begin face-to-face negotiations later this month. With a potential settlement in sight, the Parties agree that further litigation would waste the Court's and the Parties' resources. If the settlement is approved the Parties will stipulate to the dismissal of this case.

In order to conserve resources of the Parties and the Court, the Parties respectfully request that all further proceedings in this matter—including, but not limited to, the Defendant's

1

deadline to respond to Plaintiffs' complaint—be stayed.

Dated: March 4, 2026                                Respectfully Submitted,

**HEALTHBRIDGE FINANCIAL, INC.**
**GREGORY VANDENBOSCH**

By: */s/ Kelly E. Eisenlohr-Moul*
One of Their Attorneys

Kelly E. Eisenlohr-Moul
Daniel C. Mullenix
JACKSON LEWIS P.C.
150 N. Michigan Ave., Suite 2500
Chicago, IL 60601
Telephone: (312) 787-4949
Facsimile: (312) 787-4995
Kelly.Eisenlohr-Moul@jacksonlewis.com
Daniel.Mullenix@jacksonlewis.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **HEALTHBRIDGE FINANCIAL, INC.** )<br>**and GREGORY VANDENBOSCH** )<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**DANIEL MALVEN** )<br>)<br>**Defendant.** )<br>_____ ) | **CASE NO. 1:26-cv-345**<br><br>**HON. ROBERT J. JONKER** |

## [PROPOSED] ORDER

THIS CAUSE came before the Court upon the Parties' Joint Motion to Stay Case Pending Settlement Discussions. UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Joint Motion is GRANTED. All further proceedings in this matter, including, but not limited to, the Defendant's deadline to respond to the Plaintiffs' complaint, are stayed pending further order of this Court.

IT IS SO ORDERED:


_____                    _____
Judge Robert J. Jonker                                                    Date

## CERTIFICATE OF SERVICE

  I certify that on March 4, 2026, a copy of the foregoing ***JOINT MOTION TO STAY CASE PENDING SETTLEMENT DISCUSSIONS***, along with a ***[PROPOSED] ORDER***, was filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

                        */s/ Daniel C. Mullenix*