

May 28, 2026

**OFFICE OF THE CLERK**
www.miwd.uscourts.gov

399 Federal Bldg.
110 Michigan St., NW
Grand Rapids, MI 49503
(616) 456–2381

330 Federal Bldg.
202 W. Washington St.
Marquette, MI 49855
(906) 226–2021

107 Federal Bldg.
410 W. Michigan Ave.
Kalamazoo, MI 49007
(269) 337–5706

113 Federal Bldg.
315 W. Allegan St.
Lansing, MI 48933
(517) 377–1559

Electronic Filing Help Desk
(616) 456–2206
(800) 290–2742
ecfhelp@miwd.uscourts.gov

Bret R. Vallacher
Massey & Gail
1000 Main Ave. SW, Ste. 450
Washington, D.C. 20024

RE: HEALTHBRIDGE FINANCIAL, INC., et al. v. DANIEL MALVEN
Case No. 1:26–cv–00345–RJJ–RSK   Hon. Robert J. Jonker

Dear Mr. Vallacher:

In reviewing the roll of attorneys admitted to practice in this district, we are not able to locate your name.   The following are requisites for an attorney to become a member of the bar in the Western District of Michigan:

- An upgraded, individual Public Access to Court Electronic Records (PACER) account
- A completed electronic Attorney Admission/E–File Registration and Attachment
- $275 fee

The application will be submitted to the Chief Judge, or designee, for review.   If the application is granted, you will be added to the list of attorneys admitted to practice in this district, and will receive a certificate of admission.

The admission application is primarily electronic, centralized for the Federal Judiciary through PACER. A manuscript signed document is required as well. On this Court's website, under the For Attorneys tab, you will find detailed instructions regarding the admission steps as well as the required Attachment to Petition for Admission/E–Filing Registration form. The attachment form must be prepared and ready for upload before beginning the electronic process. Once you have completed and submitted the application through PACER, the Attorney Admissions Clerk will contact you with payment instructions. Note that the electronic process accepts payment by bank account (ACH), debit or credit card.

The Court expects you to seek admission as soon as practicable.   If the admission process is not complete by June 25, 2026, the matter may be referred to Hon. Robert J. Jonker for further action.

If you have any questions, please contact the Court at any office.

Sincerely,

CLERK OF COURT


  /s/  N. Garrison
Deputy Clerk