**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **HEALTHBRIDGE FINANCIAL, INC.** )<br>**and GREGORY VANDENBOSCH** )<br> )<br>**Plaintiffs,** )<br> )<br> )<br>**v.** )<br> )<br>**DANIEL MALVEN** )<br> )<br>**Defendant.** )<br> ) | **CASE NO. 1:26-cv-345**<br><br>**HON. ROBERT J. JONKER** |

**<u>ORDER</u>**

Upon consideration of the Joint Stipulation and Motion for Entry of Dismissal, and pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is hereby dismissed.

IT IS SO ORDERED.


Date: May 29, 2026                                    /s/ Robert J. Jonker
                                                   HON. ROBERT J. JONKER
                                                   UNITED STATES DISTRICT JUDGE

3